UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. 6:19-CR-061-CHB |
| v. | ) | |
| | ) | |
| DEREK L. MCHARGUE, | ) | **ORDER ADOPTING** |
| | ) | **RECOMMENDED DISPOSITION ON** |
| Defendant. | ) | **COMPETENCY** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram [R. 86]. The Recommended Disposition addresses whether Defendant Derek L. McHargue is competent to proceed to trial pursuant to 18 U.S.C. § 4241. After reviewing a forensic report [R. 34] and conducting a hearing, Magistrate Judge Ingram concluded, in accordance with the forensic report, that there is "no evidence which tends to show that Defendant is not competent." [R. 86 p. 5] The Government and the Defendant both stipulated to the admission of the report. [*Id.* p. 2]. The Magistrate Judge recommended that the undersigned find the defendant is competent to face further proceedings, to include trial, in this matter. [*Id.* p. 5]

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred

from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Judge Ingram's Recommended Disposition advised the parties that any objections must be filed within fourteen (14) days of the entry of the order. [R. 86 p. 5]  The time to file objections has passed, and neither party has filed any objections to the Recommended Disposition nor sought an extension of time to do so. *See Id.* at 5; Fed. R. Crim P. 59(b). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Recommended Disposition.

**IT IS HEREBY ORDERED** as follows:

1. The Magistrate Judge's Recommended Disposition **[R. 86]** is **ADOPTED** as the opinion of the Court.

2. The Court **FINDS** Derek L. McHargue is competent to face further proceedings in this matter.

This the 9th day of July, 2020.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY